In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-007 CV


____________________



SILSBEE OAKS HEALTH CARE, L.L.P., Appellant



V.



FAYE SMITH, Appellee






On Appeal from the 88th District Court


Hardin County, Texas


Trial Cause No. 43713






MEMORANDUM OPINION (1)


 The appellant, Silsbee Oaks Health Care, L.L.P., filed a motion to dismiss this
accelerated interlocutory appeal. The Court finds that the motion is voluntarily made by 
the appellant prior to any decision of this Court and should be granted. Tex. R. App. P.
42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is granted and
the appeal is dismissed without reference to the merits of the appeal. The stay of the
underlying proceedings granted on January 14, 2005, is lifted. Appellate costs are
assessed against the appellant. 

 PER CURIAM

Opinion Delivered May 26, 2005

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Tex. R. App. P. 47.4.